# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-7034M |
| SHAYNA JEFFRIES | Pro se |

**THE DEFENDANT:**
Pleaded guilty to count one of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(a) | Driving Under the Influence | 4/15/2006 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 7, 2006
Date of Imposition of Judgment

s/Daniel B. Sparr
Signature of Judicial Officer

Daniel B. Sparr
Sr. U.S. District Court Judge
Name & Title of Judicial Officer

June 8, 2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) days suspended.

The defendant shall complete Level 1 Drug/Alcohol Education and shall provide proof of completion of same to the government.

The defendant shall complete 48 hours of community service, 2 of these hours shall be with the MADD organization.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| **Fees** | | **Fine** | **Restitution** |
|---|---|---|---|
| SpecAssmt | $25.00 | $300.00 | |
| ProcFee | $25.00 | | |
| **TOTALS** | $50.00 | $300.00 | $0.00 |